AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF ARKANSAS



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN - 6 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:06CR00375 JLH |
| **ANTHONY LAMAR HAMPTON** ) | USM No: 24396-009 |
| Date of Previous Judgment: October 11, 2007 ) | Christophe A. Tarver - appointed March 14, 2008 |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  **X** the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.    **X** GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___37___ months **is reduced to** ___**30 MONTHS**___.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: ___22___              Amended Offense Level: ___20___
Criminal History Category: ___I___            Criminal History Category: ___I___
Previous Guideline Range: ___37___ to ___46___ months    Amended Guideline Range: ___30___ to ___37___ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
**X** The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated October 11, 2007 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: June 6, 2008

Effective Date: June 6, 2008
(if different from order date)

Judge's signature

**J. LEON HOLMES, U.S. DISTRICT JUDGE**
Printed name and title